**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

RON DAVIS, Individually and as Personal                                                                    PLAINTIFF
Representative of the Estate of
Page G. Schumacher, Deceased, *et al.*

v.                                           No. 4:15CV00079 JLH

REGIONS FINANCIAL CORPORATION, et al.                                                        DEFENDANTS

## ORDER

      The plaintiffs' motion for leave to file an amended complaint is GRANTED. Document #23. The amended complaint must be filed within seven days from the entry of this Order. Because an amended complaint will be filed, the pending motions are denied as moot without prejudice to the right of the defendants to renew them *vis-a-vis* the amended complaint. Documents #10, #12, #14, and #15. The plaintiffs will have 45 days from the date the amended complaint is filed to complete service on all defendants. The time within which the defendants must answer or otherwise respond to the amended complaint is extended up to and including the 42nd day after the amended complaint is filed.

      IT IS SO ORDERED this 4th day of June, 2015.

                                                _____
                                                J. LEON HOLMES
                                                UNITED STATES DISTRICT JUDGE